IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALFRED WILSON,

                      Plaintiff,

   v.

SANDRA M. ENDER,

                      Defendant.

OPINION and ORDER

23-cv-347-jdp

---

ALFRED WILSON,

                      Plaintiff,

   v.

TAMMY MAASSEN,

                      Defendant.

OPINION and ORDER

23-cv-501-jdp

---

Plaintiff Alfred Wilson, proceeding without counsel, is a former state of Wisconsin prisoner. In case No. 23-cv-347-jdp he alleges that a nurse at the prison failed to property treat his ingrown toenail. In case No. 23-cv-501-jdp, he alleges that the prison health services manager disregarded the medical problems that he suffered after drinking contaminated water.

Wilson has stopped prosecuting both of these cases. In the '347 case, defendant moves to dismiss the case because Wilson didn't respond to her discovery requests or authorize release of his medical records. Dkt. 18 in the '347 case. Wilson did not respond to that motion. In the '501 case, after Wilson twice failed to appear for the preliminary pretrial conference, the court ordered Wilson to submit a letter stating that he still wished to pursue the case. Dkt. 20. Wilson did not respond to that order.

Because Wilson has ignored both opposing parties' motions and court orders, I will dismiss both of these cases without prejudice for his failure to prosecute them.

ORDER

IT IS ORDERED that:

1. The cases are DISMISSED without prejudice for plaintiff Alfred Wilson's failure to prosecute them.

2. The clerk of court is directed to enter judgment accordingly and close these cases.

Entered October 24, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge